# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MILTON MEJIA, individually and on behalf of those similarly situated to him, | )<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.<br>) 1:21-cv-05098-TWT |
| v. | )<br>) JURY TRIAL DEMANDED |
| AMAZING SCAPES, LLC and CHRISTOPHER M. SHUPE | )<br>) |
| Defendants. | )<br>)<br>) |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 0 8 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## ORDER

Before the Court is Plaintiffs' *Motion for Conditional Certification and to Stay Default Proceedings with Brief in Support*, filed on February 1, 2022. For good cause shown, the following is ORDERED:

1. Plaintiffs' Motion for Conditional Certification is GRANTED. Defendants are hereby ordered within ten (10) days of the date that this Order is served upon Defendants by Plaintiffs' counsel to provide Plaintiffs' counsel with a list containing the following information concerning any laborer who has worked for Defendants either on their yard crews or pool installation crews within the three years prior to February 1, 2022 to the present: the laborer's

name, most recent known mailing address, email addresses, phone number(s), and dates of work for Defendants.

Within 15 days of receiving the list from Defendants, Plaintiffs shall send the Notice and Plaintiff Consent Form appended to its Motion to each hourly employee by mail, text message and email, if known. Each hourly employee shall have 60 days from the date sent to return the Plaintiff Consent Forms (the "Notice Response Deadline"). Plaintiffs' counsel will file any returned consent form within five days of receiving the form. Twenty days before the Notice Response Deadline, Plaintiffs' counsel shall send the reminder "postcard" appended to its Motion to any individuals who have not responded to the initial notice mailing. Plaintiffs' counsel shall administer both the notice and reminder postcard mailings.

2. The statute of limitations with respect to any laborer who opts-in to this case through the above process is hereby tolled as of February 1, 2022, the date of Plaintiffs' filing of their Motion for Conditional Certification.

3. Plaintiffs' Motion to Stay Default Judgment Proceedings is hereby GRANTED. All applicable deadlines associated with Defendant's default and the entry of default judgment are hereby stayed until a determination of the number of opt-in Plaintiffs and the suitability of the collective is made.

**SO ORDERED** this 8 day of april, 2022.

*Thomas W. Thrash*
Thomas W. Thrash
United States District Judge